## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**E. RITTER COMMUNICATIONS**
**HOLDINGS, LLC**                                                                  **PLAINTIFF**

**V.**                              **3:25CV0004 JM**

**CENTURYTEL BROADBAND**
**SERVICES, LLC, n/k/a BRIGHTSPEED**
**BROADBAND, LLC**                                                         **DEFENDANT**

## <u>JUDGMENT</u>

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the

Defendant and against the Plaintiff.

IT IS SO ORDERED this 6th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE